HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CITY OF SEATTLE,<br><br>        Plaintiff,<br><br>    v.<br><br>DONALD J. TRUMP, et al.,<br><br>        Defendants. | CASE NO. C17-497 RAJ<br><br>ORDER |

    The Immigration Reform Law Institute (IRLI) requests leave to file an amicus brief in support of the Government's motion to dismiss. Dkt. # 25.

    Having considered the motion and the parties' responses, the Court **GRANTS** IRLI's request. IRLI's amicus brief is hereby deemed filed.

    IT IS SO ORDERED.

    Dated this 9th day of August, 2017.

_(signature)_
The Honorable Richard A. Jones
United States District Judge