Honorable Richard A. Jones

**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| CITY OF SEATTLE and CITY OF PORTLAND,<br><br>                    Plaintiffs,<br><br>     vs.<br><br>DONALD J. TRUMP *et al.*,<br><br>                    Defendants. | Case No. 1:17-cv-00497-RAJ<br><br>**PARTIES' JOINT REQUEST TO STAY PROCEEDINGS** |

PARTIES' JOINT REQUEST TO STAY PROCEEDINGS
CASE NO. 1:17-CV-00497-RAJ

In its order of October 19, 2017, denying the Defendants' motion to dismiss Plaintiffs' complaint in this case, the Court directed the parties to submit briefing on whether this litigation should be stayed pending resolution of *County of Santa Clara v. Trump, et al.*, No. 3:17-cv-00574-WHO (N.D. Cal.).

The parties have conferred on that question, and agree that a stay would be appropriate. The issues in the *Santa Clara* litigation are closely related to those in this case. The Defendants' appeal of the district court's award of preliminary relief and denial of Defendants' motion for reconsideration in that litigation is now pending in the U.S. Court of Appeals for the Ninth Circuit (as case No. 17-16887), and the resolution of that appeal is likely to have a significant bearing on the proper resolution of this case, such that further action by the parties or the Court in this litigation should await the final disposition of that appeal. Pursuant to an order of the Ninth Circuit, the appellate briefing in the *Santa Clara* litigation is currently expected to be completed by February 6, 2018.

Accordingly, the parties respectfully submit that the Court should stay proceedings in this case until resolution of Defendants' pending appeal in *County of Santa Clara v. Trump, et al.*, No. 3:17-cv-00574-WHO (N.D. Cal.).

PARTIES' JOINT REQUEST TO STAY PROCEEDINGS
CASE NO. 1:17-CV-00497-RAJ

Dated: October 30, 2017

          PETER S. HOLMES
          Seattle City Attorney

By: /s/ Carlton W. M. Seu
   Peter S. Holmes, WSBA #15787
   Seattle City Attorney
   Gregory C. Narver, WSBA #18127
   Assistant City Attorney
   Carlton W.M. Seu, WSBA #26830
   Assistant City Attorney
   Michael K. Ryan, WSBA #32091
   Assistant City Attorney
   Gary T. Smith, WSBA #29718
   Assistant City Attorney
   SEATTLE CITY ATTORNEY'S OFFICE
   701 Fifth Avenue, Suite 2050
   Seattle, WA 98104
   Phone: (206) 684-8207
   Fax: (206) 684-8284

   *Attorneys for the City of Seattle, Washington*

   Tracy Reeve, OSB # 891123 (admitted *pro hac vice*)
   Portland City Attorney
   Denis Vannier, OSB # 044406 (admitted *pro hac vice*)
   Senior Deputy City Attorney
   PORTLAND CITY ATTORNEY'S OFFICE
   1221 SW Fourth Avenue, Suite 430
   Portland, OR 97240
   Phone: (503) 823-4047
   Fax: (503) 823-3089

   Kymberly Evanson, WSBA #39973
   PACIFICA LAW GROUP LLC
   1191 Second Avenue, Suite 2000
   Seattle, WA 98101
   Phone: (206) 245-1700
   Fax: (206) 245-1725

   *Attorneys for the City of Portland, Oregon*

PARTIES' JOINT REQUEST TO STAY PROCEEDINGS
CASE NO. 1:17-CV-00497-RAJ

Andrew J. Pincus (admitted *pro hac vice*)
Charles A. Rothfeld (admitted *pro hac vice*)
Ori Lev (admitted *pro hac vice*)
Travis Crum (admitted *pro hac vice*)
John T. Lewis (admitted *pro hac vice*)
Joshua M. Silverstein (admitted *pro hac vice*)
MAYER BROWN LLP
1999 K Street, NW
Washington, D.C. 20006
Phone: (202) 263-3000
Fax: (202) 263-3300

*Attorneys for Plaintiffs*


CHAD A. READLER
Acting Assistant Attorney General

ANNETTE L. HAYES
United States Attorney

JOHN R. TYLER
Assistant Director

/s/ W. Scott Simpson
W. SCOTT SIMPSON
Senior Trial Counsel

Attorneys, Department of Justice
Civil Division, Room 7210
Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, D.C. 20530
Telephone: (202) 514-3495
Facsimile: (202) 616-8470
E-mail: scott.simpson@usdoj.gov

*Attorneys for Defendants*

PARTIES' JOINT REQUEST TO STAY PROCEEDINGS
CASE NO. 1:17-CV-00497-RAJ

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing has been filed using the CM/ECF system this 30th day of October, 2017, which sends electronic notice to counsel of record who are registered with the CM/ECF system.

*/s/* Carlton W. M. Seu
Carlton W. M. Seu

PARTIES' JOINT REQUEST TO STAY PROCEEDINGS
CASE NO. 1:17-CV-00497-RAJ