HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CITY OF SEATTLE, *et al.*,

    Plaintiffs,

v.

DONALD J. TRUMP, *et al.*

    Defendants.

Case No. 17-497-RAJ

ORDER

This matter comes before the Court on the parties' joint motion to stay these proceedings pending the appeal in *County of Santa Clara v. Trump, et al.*, No. 3:17-cv-00574-WHO (N.D. Cal.). Dkt. # 47. The Court agrees with the parties that a stay is appropriate and therefore **GRANTS** the motion. Accordingly, this matter is **STAYED** pending the resolution of the above-mentioned appeal.

DATED this 1st day of November, 2017.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

ORDER – 1