UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CITY OF SEATTLE and CITY OF PORTLAND <br><br> PlaintiffS, <br><br> vs. <br><br> DONALD J. TRUMP, et al., <br><br> Defendants. | Case No. 17-cv-00497RAJ <br><br> **NOTICE OF WITHDRAWAL OF COUNSEL** |

TO:   CLERK OF THE COURT AND;

TO:   ALL COUNSEL OF RECORD.

PLEASE BE ADVISED that **John Lewis** of Mayer Brown LLP hereby withdraws as counsel for **Plaintiffs City of Seattle and City of Portland** in the above-captioned action effective on the date set forth below. Mr. Lewis will leave Mayer Brown LLP on March 23, 2018.

Dated: March 21, 2018

NOTICE OF WITHDRAWAL OF COUNSEL - 1

**John Lewis**
Mayer Brown LLP
1999 K Street NW
Washington, DC 20006
(202) 263-3000

By:    /s/ John Lewis
John Lewis, *Pro Hac Vice*
Mayer Brown LLP

Withdrawing Attorney for Plaintiffs City of Seattle and City of Portland

NOTICE OF WITHDRAWAL OF COUNSEL - 2

**John Lewis**
Mayer Brown LLP
1999 K Street NW
Washington, DC 20006
(202) 263-3000

# CERTIFICATE OF SERVICE

Pursuant to RCW 9A.72.085, the undersigned certifies under penalty of perjury under the laws of the State of Washington and the United States, that on the 21st day of March, 2018, the document attached hereto was presented to the Clerk of the Court for filing and uploading to the CM/ECF system. In accordance with their ECF registration agreement and the Court's rules, the Clerk of the Court will send e-mail notifications to counsel of record.

Dated: March 21, 2018

By:    /s/John Lewis
John Lewis, *Pro Hac Vice*
Mayer Brown LLP

Withdrawing Attorney for Plaintiffs City of Seattle and City of Portland

NOTICE OF WITHDRAWAL OF COUNSEL - 3

**John Lewis**
Mayer Brown LLP
1999 K Street NW
Washington, DC 20006
(202) 263-3000