Honorable Richard A. Jones

# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

CITY OF SEATTLE and CITY OF
PORTLAND,

          Plaintiffs,

     vs.

DONALD J. TRUMP *et al.*,

          Defendants.

Case No. 2:17-cv-00497-RAJ

**JOINT STATUS REPORT**

By Order dated November 1, 2017, this Court granted the parties' joint motion to stay all proceedings in this action pending the outcome of *County of Santa Clara v. Trump, et al.*, Nos. 17-17478, 17-17480 (9th Cir.).  Dkt. No. 48.  At the Court's request, the parties submit this Joint Status Report regarding whether this matter should remain stayed.

The appeal in *County of Santa Clara v. Trump* has been fully briefed, and oral argument was held on April 11, 2018.  The Court of Appeals has not yet ruled.

Accordingly, the parties respectfully recommend that this action remain stayed.

Dated:  April 20, 2018

1

2                                          PETER S. HOLMES
                                           Seattle City Attorney

3                                          /s/ Michael K. Ryan
                              By:          _____
4                                          Peter S. Holmes, WSBA #15787
                                           Seattle City Attorney
5                                          Gregory C. Narver, WSBA #18127
                                           Assistant City Attorney
6                                          Carlton W.M. Seu, WSBA #26830
                                           Assistant City Attorney
7                                          Michael K. Ryan, WSBA #32091
                                           Assistant City Attorney
8                                          Gary T. Smith, WSBA #29718
                                           Assistant City Attorney
9                                          SEATTLE CITY ATTORNEY'S OFFICE
                                           701 Fifth Avenue, Suite 2050
10                                         Seattle, WA  98104
                                           Phone: (206) 684-8207
11                                         Fax: (206) 684-8284

12                                         *Attorneys for the City of Seattle, Washington*

13                                         Tracy Reeve, OSB # 891123 (admitted *pro hac vice*)
                                           Portland City Attorney
14                                         Denis Vannier, OSB # 044406 (admitted *pro hac vice*)
                                           Senior Deputy City Attorney
15                                         PORTLAND CITY ATTORNEY'S OFFICE
                                           1221 SW Fourth Avenue, Suite 430
16                                         Portland, OR 97240
                                           Phone: (503) 823-4047
17                                         Fax: (503) 823-3089

18                                         Kymberly Evanson, WSBA #39973
                                           PACIFICA LAW GROUP LLC
19                                         1191 Second Avenue, Suite 2000
                                           Seattle, WA  98101
20                                         Phone: (206) 245-1700
                                           Fax: (206) 245-1725
21
                                           *Attorneys for the City of Portland, Oregon*
22
                                           Andrew J. Pincus (admitted *pro hac vice*)
23                                         Charles A. Rothfeld (admitted *pro hac vice*)
                                           Ori Lev (admitted *pro hac vice*)
24                                         Joshua M. Silverstein (admitted *pro hac vice*)
                                           MAYER BROWN LLP
25                                         1999 K Street, NW
                                           Washington, D.C. 20006
26                                         Phone: (202) 263-3000
                                           Fax: (202) 263-3300
27                                         *Attorneys for Plaintiffs*

JOINT STATUS REPORT
28    CASE NO. 2:17-CV-00497-RAJ

1

2          CHAD A. READLER
           Acting Assistant Attorney General
3
           ANNETTE L. HAYES
4          United States Attorney

5          JOHN R. TYLER
           Assistant Director
6
           /s/ W. Scott Simpson
7          _____
           W. SCOTT SIMPSON
8          Senior Trial Counsel

9          Attorneys, Department of Justice
           Civil Division, Room 7210
10         Federal Programs Branch
           20 Massachusetts Avenue, NW
11         Washington, D.C. 20530
           Telephone:  (202) 514-3495
12         Facsimile:  (202) 616-8470
           E-mail:  scott.simpson@usdoj.gov
13
           *Attorneys for Defendants*
14

15

16

17

18

19

20

21

22

23

24

25

26

27    JOINT STATUS REPORT
      CASE NO. 2:17-CV-00497-RAJ
28

1

## CERTIFICATE OF SERVICE

2        The undersigned hereby certifies that on April 20, 2018, a true and correct copy of the

3   foregoing has been filed using the CM/ECF system, which sends electronic notice to counsel of

4   record who are registered with the CM/ECF system.

5                                                        /s/ W. Scott Simpson

6                                                        _____
                                                         W. Scott Simpson

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STATUS REPORT
CASE NO. 2:17-CV-00497-RAJ