Honorable Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

CITY OF SEATTLE, *et al.*,

    Plaintiffs,

v.

DONALD J. TRUMP, *et al.*,

    Defendants.

No. 17-cv-00497RAJ

**NOTICE OF CHANGE OF ADDRESS OF DEFENDANTS' COUNSEL**

PLEASE TAKE NOTICE that the duty station of undersigned counsel for the defendants, Mr. W. Scott Simpson, has changed from Washington, D.C., to Springfield, Illinois, effective June 18, 2018.  Mr. Simpson's new address is as follows:

> W. Scott Simpson
> Department of Justice, Civil Division
> 318 South Sixth Street, Room 244
> Springfield, Illinois 62701

Mr. Simpson continues to serve as a Senior Trial Counsel in the Federal Programs Branch, Civil Division, of the U.S. Department of Justice in Washington, D.C.  His email address and telephone number are unchanged.

Dated this 19th day of June, 2018.

    Respectfully submitted,

    CHAD A. READLER
    Acting Assistant Attorney General

---

Notice of Change of Address
17-cv-00497RAJ

UNITED STATES DEPARTMENT OF JUSTICE
318 South Sixth Street, Room 244
Springfield, Illinois 62701; (202) 514-3495

1
2  ANNETTE L. HAYES
   United States Attorney
3  JOHN R. TYLER
   Assistant Director
4
5  /s/ W. Scott Simpson
   ─────────────────────────
6  W. SCOTT SIMPSON
   Senior Trial Counsel
7
   Department of Justice, Civil Division
8  318 South Sixth Street, Room 244
   Springfield, Illinois 62701
9  Telephone:   (202) 514-3495
   Facsimile:   (217) 492-4888
10 E-mail:      scott.simpson@usdoj.gov

11 COUNSEL FOR DEFENDANTS

12
13                    Certificate of Service

14   I hereby certify that on June 19, 2018, I caused the foregoing document to be filed
15 electronically and that this document is available for viewing and downloading from the CM/ECF
16 system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF
17 system.

18                                    /s/ W. Scott Simpson
                                      ─────────────────────────
19                                    W. SCOTT SIMPSON

20
21
22
23
24
25
26
27
28