HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CITY OF SEATTLE and CITY OF PORTLAND,<br><br>　　　　　　　Plaintiffs,<br><br>　　vs.<br><br>DONALD J. TRUMP, *et al.*,<br><br>　　　　　　　Defendants. | No.　　2:17-CV-00497-RAJ<br><br>UPDATED JOINT STATUS REPORT |

　　　　By Order dated November 1, 2017, this Court granted the parties' joint motion to stay all proceedings in this action pending the outcome of *County of Santa Clara v. Trump, et al.*, Nos. 17-17478, 17-17480 (9th Cir.). Dkt. No. 48.  On April 20, 2018, the parties submitted their Joint Status Report as directed by the Court.  Dkt. No. 51.  By Minute Entry dated April 23, 2018 the parties were directed by the Court to file an updated Joint Status Report by July 31, 2018, or upon a decision by the Court of Appeals in *County of Santa Clara v. Trump*, whoever occurs sooner.

　　　　The parties report that the appeal in *County of Santa Clara v. Trump* was argued and submitted to the Court of Appeals on April 11, 2018.  As of the date of this report, no decision has been rendered. The parties respectfully request that the stay in this proceeding remain in effect until such time as the

UPDATED JOINT STATUS REPORT - 1
2:17-CV-00497-RAJ

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7097
(206) 684-8200

Court of Appeals renders its decision.

DATED this 31st day of July, 2018

|  |  |
|---|---|
|  | PETER S. HOLMES<br>Seattle City Attorney |
| By: | /s/ Carlton W.M. Seu<br>Peter S. Holmes, WSBA #15787<br>Seattle City Attorney<br>Gregory C. Narver, WSBA #18127<br>Assistant City Attorney<br>Carlton W.M. Seu, WSBA #26830<br>Assistant City Attorney<br>Michael K. Ryan, WSBA #32091<br>Assistant City Attorney<br>Gary T. Smith, WSBA #29718<br>Assistant City Attorney<br>SEATTLE CITY ATTORNEY'S OFFICE<br>701 Fifth Avenue, Suite 2050<br>Seattle, WA  98104<br>Phone: (206) 684-8207<br>Fax: (206) 684-8284 |

*Attorneys for the City of Seattle, Washington*

/s/ Denis Vannier
Tracy Reeve, OSB # 891123 (admitted *pro hac vice*)
Portland City Attorney
Denis Vannier, OSB # 044406 (admitted *pro hac vice*)
Deputy City Attorney
PORTLAND CITY ATTORNEY'S OFFICE
430 City Hall
1221 SW Fourth Avenue
Portland, OR 97204
Phone: (503) 823-4047
Fax: (503) 823-3089

UPDATED JOINT STATUS REPORT - 2
2:17-CV-00497-RAJ

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7097
(206) 684-8200

*Attorneys for the City of Portland, Oregon*

/s/ Charles A. Rothfeld
Andrew J. Pincus (admitted *pro hac vice*)
Charles A. Rothfeld (admitted *pro hac vice*)
Ori Lev (admitted *pro hac vice*)
Joshua M. Silverstein (admitted *pro hac vice*)
MAYER BROWN LLP
1999 K Street, NW
Washington, D.C. 20006
Phone: (202) 263-3000
Fax: (202) 263-3300

*Attorneys for Plaintiffs*

CHAD A. READLER
Acting Assistant Attorney General

ANNETTE L. HAYES
United States Attorney

JOHN R. TYLER
Assistant Director

/s/ W. Scott Simpson
W. SCOTT SIMPSON
Senior Trial Counsel
Department of Justice, Civil Division
318 South Sixth Street, Room 244
Springfield, Illinois 62701
Telephone: (202) 514-3495
Facsimile: (217) 492-4888
E-mail: scott.simpson@usdoj.gov

*Attorneys for Defendants*

UPDATED JOINT STATUS REPORT - 3
2:17-CV-00497-RAJ

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7097
(206) 684-8200

## CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of July, 2018, I electronically filed this Updated Joint Status Report with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

DATED this 31st day of July, 2018, at Seattle, Washington.

By: /s/ Carlton W.M. Seu
Carlton W.M. Seu, WSBA #26830
carlton.seu@seattle.gov

UPDATED JOINT STATUS REPORT - 4
2:17-CV-00497-RAJ

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7097
(206) 684-8200