HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

CITY OF SEATTLE and CITY OF PORTLAND,

                Plaintiffs,

  vs.

DONALD J. TRUMP, *et al.*,

                Defendants.

No.   2:17-CV-00497-RAJ

FIFTH UPDATED JOINT STATUS REPORT

By Minute Entry dated August 10, 2018, the parties were directed by the Court to "confer within three business days after the filing of any petition for rehearing in [*County of Santa Clara v. Trump, et al.*, Nos. 17-17478, 17-17480 (9th Cir.)], or by 9/20/2018, whichever first occurs, and file an updated Joint Status Report with this Court within five business days after the filing of any such petition, or by 9/24/2018, whichever first occurs."

The parties have been informed that the defendants' counsel in this case that the defendants in *County of Santa Clara v. Trump* will not be filing a petition for rehearing nor will they be seeking *certiorari*.

On September 20, 2018, counsel for the parties in this case conferred by telephone. Counsel

STATUS REPORT - 1
2:17-CV-00497-RAJ

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7097
(206) 684-8200

discussed the possibility of entering a stipulated judgment in this case on various of plaintiffs' claims.

The parties are continuing to confer with regard to next steps within the context of their September 20 discussions. The parties respectfully propose to file with the Court an updated status report on October 1, 2018.

Although the parties agreed to file this status report at the suggestion of Counsel for Defendants, Counsel for the Defendants was indisposed on September 24, 2018 and was unable to review the report or give consent to his signature. Counsel for Plaintiffs therefore file this report pending approval of Counsel for Defendants.

DATED this 24th day of September, 2018

                    PETER S. HOLMES
                    Seattle City Attorney

By:   /s/ Carlton W.M. Seu
Peter S. Holmes, WSBA #15787
Seattle City Attorney
Gregory C. Narver, WSBA #18127
Assistant City Attorney
Carlton W.M. Seu, WSBA #26830
Assistant City Attorney
Michael K. Ryan, WSBA #32091
Assistant City Attorney
Gary T. Smith, WSBA #29718
Assistant City Attorney
SEATTLE CITY ATTORNEY'S OFFICE
701 Fifth Avenue, Suite 2050
Seattle, WA 98104
Phone: (206) 684-8207
Fax: (206) 684-8284

*Attorneys for the City of Seattle, Washington*

/s/ Denis Vannier
Tracy Reeve, OSB # 891123 (admitted *pro hac vice*)
Portland City Attorney
Denis Vannier, OSB # 044406 (admitted *pro hac vice*)
Deputy City Attorney

STATUS REPORT - 2
2:17-CV-00497-RAJ

|   |   |
|---|---|
| 1 | PORTLAND CITY ATTORNEY'S OFFICE |
| 2 | 430 City Hall |
|   | 1221 SW Fourth Avenue |
| 3 | Portland, OR 97204 |
|   | Phone: (503) 823-4047 |
| 4 | Fax: (503) 823-3089 |
| 5 | *Attorneys for the City of Portland, Oregon* |
| 6 | /s/ Charles A. Rothfeld |
|   | Andrew J. Pincus (admitted *pro hac vice*) |
| 7 | Charles A. Rothfeld (admitted *pro hac vice*) |
|   | Ori Lev (admitted *pro hac vice*) |
| 8 | Joshua M. Silverstein (admitted *pro hac vice*) |
|   | MAYER BROWN LLP |
| 9 | 1999 K Street, NW |
|   | Washington, D.C. 20006 |
| 10 | Phone: (202) 263-3000 |
|   | Fax: (202) 263-3300 |
| 11 | *Attorneys for Plaintiffs* |

STATUS REPORT - 3
2:17-CV-00497-RAJ

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7097
(206) 684-8200

**CERTIFICATE OF SERVICE**

I hereby certify that on the 24th day of September, 2018, I electronically filed this Status Report with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

DATED this 24th day of September, 2018, at Seattle, Washington.

By:  /s/ Carlton W.M. Seu
Carlton W.M. Seu, WSBA #26830
carlton.seu@seattle.gov

STATUS REPORT - 4
2:17-CV-00497-RAJ

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7097
(206) 684-8200