Honorable Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| CITY OF SEATTLE, *et al.*,<br><br>　　　　　　Plaintiffs,<br>　　v.<br><br>DONALD J. TRUMP, *et al*.,<br><br>　　　　　　Defendants. | No. 17-cv-00497RAJ<br><br>**DEFENDANTS' STATEMENT REGARDING FIFTH UPDATED JOINT STATUS REPORT** |

Defendants concur in the Fifth Updated Joint Status Report filed on September 24, 2018 (Dkt. No. 57). The parties respectfully propose to file an updated status report on October 1, 2018.

Dated this 25th day of September, 2018.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　JOSEPH H. HUNT
　　　　　　　　　　　　　　　　　　　　Assistant Attorney General

　　　　　　　　　　　　　　　　　　　　ANNETTE L. HAYES
　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　JOHN R. TYLER
　　　　　　　　　　　　　　　　　　　　Assistant Director

　　　　　　　　　　　　　　　　　　　　/s/ W. Scott Simpson
　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　W. SCOTT SIMPSON
　　　　　　　　　　　　　　　　　　　　Senior Trial Counsel

Department of Justice, Civil Division
318 South Sixth Street, Room 244
Springfield, Illinois 62701
Telephone:     (202) 514-3495
Facsimile:     (217) 492-4888
E-mail:          scott.simpson@usdoj.gov

COUNSEL FOR DEFENDANTS

Certificate of Service

I hereby certify that on September 25, 2018, I caused the foregoing document to be filed electronically and that this document is available for viewing and downloading from the CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

/s/ W. Scott Simpson

W. SCOTT SIMPSON