HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

CITY OF SEATTLE and CITY OF PORTLAND,

                Plaintiffs,

    vs.

DONALD J. TRUMP, *et al.*,

                Defendants.

No.   2:17-CV-00497-RAJ

SIXTH UPDATED JOINT STATUS REPORT

By Minute Entry dated September 25, 2018, the parties were directed by the Court to file an updated joint status report by October 1, 2018 regarding the parties' proposed next steps in this case.

The parties report that they continue to discuss a possible stipulated judgment with the goal of resolving this case in light of Plaintiffs' specific claims in their amended complaint and the terms of the August 1, 2018 opinion entered by the Ninth Circuit in *County of Santa Clara v. Trump, et al.*, Nos. 17-17478, 17-17480 (9th Cir.).

The parties submit that they will conduct a further conference no later than October 8, 2018, and will file with the Court either a stipulated proposed form of judgment, or, in lieu thereof, a further joint status report, by Monday, October 15, 2018.

SIXTH UPDATED JOINT STATUS REPORT - 1
2:17-CV-00497-RAJ

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7097
(206) 684-8200

DATED this 1st day of October, 2018

        PETER S. HOLMES
        Seattle City Attorney

By:  /s/ Carlton W.M. Seu
    Peter S. Holmes, WSBA #15787
    Seattle City Attorney
    Gregory C. Narver, WSBA #18127
    Assistant City Attorney
    Carlton W.M. Seu, WSBA #26830
    Assistant City Attorney
    Michael K. Ryan, WSBA #32091
    Assistant City Attorney
    Gary T. Smith, WSBA #29718
    Assistant City Attorney
    SEATTLE CITY ATTORNEY'S OFFICE
    701 Fifth Avenue, Suite 2050
    Seattle, WA 98104
    Phone: (206) 684-8207
    Fax: (206) 684-8284

*Attorneys for the City of Seattle, Washington*

/s/ Denis Vannier
Tracy Reeve, OSB # 891123 (admitted *pro hac vice*)
Portland City Attorney
Denis Vannier, OSB # 044406 (admitted *pro hac vice*)
Deputy City Attorney
PORTLAND CITY ATTORNEY'S OFFICE
430 City Hall
1221 SW Fourth Avenue
Portland, OR 97204
Phone: (503) 823-4047
Fax: (503) 823-3089

*Attorneys for the City of Portland, Oregon*

/s/ Charles A. Rothfeld
Andrew J. Pincus (admitted *pro hac vice*)
Charles A. Rothfeld (admitted *pro hac vice*)
Ori Lev (admitted *pro hac vice*)
Joshua M. Silverstein (admitted *pro hac vice*)

SIXTH UPDATED JOINT STATUS REPORT - 2
2:17-CV-00497-RAJ

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7097
(206) 684-8200

MAYER BROWN LLP
1999 K Street, NW
Washington, D.C. 20006
Phone: (202) 263-3000
Fax: (202) 263-3300

*Attorneys for Plaintiffs*

CHAD A. READLER
Acting Assistant Attorney General

ANNETTE L. HAYES
United States Attorney

JOHN R. TYLER
Assistant Director

/s/ W. Scott Simpson
W. SCOTT SIMPSON
Senior Trial Counsel
Department of Justice, Civil Division
318 South Sixth Street, Room 244
Springfield, Illinois 62701
Telephone: (202) 514-3495
Facsimile: (217) 492-4888
E-mail: scott.simpson@usdoj.gov

*Attorneys for Defendants*

SIXTH UPDATED JOINT STATUS REPORT - 3
2:17-CV-00497-RAJ

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7097
(206) 684-8200

**CERTIFICATE OF SERVICE**

I hereby certify that on the 1st day of October, 2018, I electronically filed this Sixth Updated Joint Status Report with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

DATED this 1st day of October, 2018, at Seattle, Washington.

By: /s/ Carlton W.M. Seu
Carlton W.M. Seu, WSBA #26830
carlton.seu@seattle.gov

SIXTH UPDATED JOINT STATUS REPORT - 4
2:17-CV-00497-RAJ

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7097
(206) 684-8200