HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CITY OF SEATTLE and CITY OF PORTLAND,<br><br>　　　　　　　Plaintiffs,<br><br>　vs.<br><br>DONALD J. TRUMP, *et al.*,<br><br>　　　　　　　Defendants. | No.　2:17-CV-00497-RAJ<br><br>SEVENTH UPDATED JOINT STATUS REPORT |

By Minute Entry dated October 2, 2018, the parties were directed by the Court to file either a stipulated proposed form of judgment, or, in lieu thereof, a further Joint Status Report.

The parties report that they conferred by telephone on October 5, 2018 concerning the terms of a possible stipulated declaratory judgment. On October 12, 2018, the parties exchanged a preliminary draft. The parties as of October 15, continue to be in communication via email regarding certain details of the proposed judgment.

The parties respectfully request that they be allowed until October 19, 2018 to submit the proposed judgment, or that in lieu thereof, submit a further status report outlining the parties' respective intentions with respect to lifting of the stay in this case and the conduct of further

SEVENTH UPDATED JOINT STATUS REPORT - 1
2:17-CV-00497-RAJ

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7097
(206) 684-8200

proceedings.

DATED this 15th day of October, 2018

                    PETER S. HOLMES
                    Seattle City Attorney

By:   /s/ Carlton W.M. Seu
       Peter S. Holmes, WSBA #15787
       Seattle City Attorney
       Gregory C. Narver, WSBA #18127
       Assistant City Attorney
       Carlton W.M. Seu, WSBA #26830
       Assistant City Attorney
       Michael K. Ryan, WSBA #32091
       Assistant City Attorney
       Gary T. Smith, WSBA #29718
       Assistant City Attorney
       SEATTLE CITY ATTORNEY'S OFFICE
       701 Fifth Avenue, Suite 2050
       Seattle, WA  98104
       Phone: (206) 684-8207
       Fax: (206) 684-8284

*Attorneys for the City of Seattle, Washington*

/s/ Denis Vannier
Tracy Reeve, OSB # 891123 (admitted *pro hac vice*)
Portland City Attorney
Denis Vannier, OSB # 044406 (admitted *pro hac vice*)
Deputy City Attorney
PORTLAND CITY ATTORNEY'S OFFICE
430 City Hall
1221 SW Fourth Avenue
Portland, OR 97204
Phone: (503) 823-4047
Fax: (503) 823-3089

*Attorneys for the City of Portland, Oregon*

/s/ Charles A. Rothfeld
Andrew J. Pincus (admitted *pro hac vice*)
Charles A. Rothfeld (admitted *pro hac vice*)
Ori Lev (admitted *pro hac vice*)
Joshua M. Silverstein (admitted *pro hac vice*)

SEVENTH UPDATED JOINT STATUS REPORT - 2
2:17-CV-00497-RAJ

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7097
(206) 684-8200


```
 1                             MAYER BROWN LLP
                               1999 K Street, NW
 2                             Washington, D.C. 20006
                               Phone: (202) 263-3000
 3                             Fax: (202) 263-3300

 4                             Attorneys for Plaintiffs

 5                             JOSEPH H. HUNT
                               Assistant Attorney General
 6
                               ANNETTE L. HAYES
 7                             United States Attorney

 8                             JOHN R. TYLER
                               Assistant Director
 9
                               /s/ W. Scott Simpson
10                             W. SCOTT SIMPSON
                               Senior Trial Counsel
11                             Department of Justice, Civil Division
                               318 South Sixth Street, Room 244
12                             Springfield, Illinois 62701
                               Telephone: (202) 514-3495
13                             Facsimile: (217) 492-4888
                                      E-mail: scott.simpson@usdoj.gov
14
                               Attorneys for Defendants
15

16

17

18

19

20

21

22

23
```

SEVENTH UPDATED JOINT STATUS REPORT - 3
2:17-CV-00497-RAJ

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7097
(206) 684-8200

**CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of October, 2018, I electronically filed this Seventh Updated Joint Status Report with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

DATED this 15th day of October, 2018, at Seattle, Washington.

By:   /s/ Carlton W.M. Seu
      Carlton W.M. Seu, WSBA #26830
      carlton.seu@seattle.gov

SEVENTH UPDATED JOINT STATUS REPORT - 4
2:17-CV-00497-RAJ

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7097
(206) 684-8200