HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

CITY OF SEATTLE and CITY OF PORTLAND,

               Plaintiffs,

vs.

DONALD J. TRUMP, *et al*,

               Defendants.

No.   2:17-CV-00497-RAJ

STIPULATION FOR ENTRY OF PROPOSED AGREED ORDER AND JUDGMENT GRANTING DECLARATORY RELIEF

## STIPULATION

The parties hereto, by and through their respective counsel, have conferred and agreed, and respectfully request the Court to enter the attached proposed Order and Judgment Granting Declaratory Relief.

DATED this 19th day of October , 2018

               PETER S. HOLMES
               Seattle City Attorney

      By:   /s/ Carlton W.M. Seu
            Peter S. Holmes, WSBA #15787

STIPULATION FOR ENTRY OF PROPOSED
AGREED ORDER AND JUDGMENT
GRANTING DECLARATORY RELIEF
- 1
2:17-CV-00497-RAJ

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7097
(206) 684-8200

Seattle City Attorney
Gregory C. Narver, WSBA #18127
Assistant City Attorney
Carlton W.M. Seu, WSBA #26830
Assistant City Attorney
Michael K. Ryan, WSBA #32091
Assistant City Attorney
Gary T. Smith, WSBA #29718
Assistant City Attorney
SEATTLE CITY ATTORNEY'S OFFICE
701 Fifth Avenue, Suite 2050
Seattle, WA 98104
Phone: (206) 684-8207
Fax: (206) 684-8284

*Attorneys for the City of Seattle, Washington*

/s/ Denis Vannier
Tracy Reeve, OSB # 891123 (admitted *pro hac vice*)
Portland City Attorney
Denis Vannier, OSB # 044406 (admitted *pro hac vice*)
Deputy City Attorney
PORTLAND CITY ATTORNEY'S OFFICE
430 City Hall
1221 SW Fourth Avenue
Portland, OR 97204
Phone: (503) 823-4047
Fax: (503) 823-3089

*Attorneys for the City of Portland, Oregon*

/s/ Charles A. Rothfeld
Andrew J. Pincus (admitted *pro hac vice*)
Charles A. Rothfeld (admitted *pro hac vice*)
Ori Lev (admitted *pro hac vice*)
Joshua M. Silverstein (admitted *pro hac vice*)
MAYER BROWN LLP
1999 K Street, NW
Washington, D.C. 20006
Phone: (202) 263-3000
Fax: (202) 263-3300

*Attorneys for Plaintiffs*

STIPULATION FOR ENTRY OF PROPOSED
AGREED ORDER AND JUDGMENT
GRANTING DECLARATORY RELIEF
 - 2
2:17-CV-00497-RAJ

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7097
(206) 684-8200

JOSEPH H. HUNT
Assistant Attorney General

ANNETTE L. HAYES
United States Attorney

JOHN R. TYLER
Assistant Director

/s/ W. Scott Simpson
W. SCOTT SIMPSON
Senior Trial Counsel
Department of Justice, Civil Division
318 South Sixth Street, Room 244
Springfield, Illinois 62701
Telephone: (202) 514-3495
Facsimile: (217) 492-4888
E-mail: scott.simpson@usdoj.gov

*Attorneys for Defendants*

STIPULATION FOR ENTRY OF PROPOSED
AGREED ORDER AND JUDGMENT
GRANTING DECLARATORY RELIEF
- 3
2:17-CV-00497-RAJ

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7097
(206) 684-8200

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of October, 2018, I electronically filed this Stipulation for Entry of Proposed Agreed Order and Judgment Granting Declaratory Relief with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

DATED this 19th day of October, 2018, at Seattle, Washington.

By: /s/ Carlton W.M. Seu
Carlton W.M. Seu, WSBA #26830
carlton.seu@seattle.gov

STIPULATION FOR ENTRY OF PROPOSED
AGREED ORDER AND JUDGMENT
GRANTING DECLARATORY RELIEF
- 4
2:17-CV-00497-RAJ

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7097
(206) 684-8200

HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CITY OF SEATTLE and CITY OF PORTLAND,

           Plaintiffs,

vs.

DONALD J. TRUMP, *et al.*,

           Defendants.

Case No. 17-497-RAJ

**ORDER AND JUDGMENT GRANTING DECLARATORY RELIEF**

Upon consideration of the parties' briefs and the balance of the record, the decision in *City and County of San Francisco v. Trump*, 897 F.3d 1225 (9th Cir. 2018), and the parties' agreement on the appropriate disposition of this case, it is hereby

ADJUDGED against defendants Jefferson B. Sessions, III, Attorney General, and Kirstjen M. Nielsen, Secretary of Homeland Security, that Section 9(a) of Executive Order 13,768, "Enhancing Public Safety in the Interior of the United States," is unconstitutional; and it is further

ADJUDGED against the same defendants that, because Section 9(a) of Executive Order 13,768 directs Executive Branch administrative agencies to withhold funding that Congress has not

ORDER AND JUDGMENT - 1

tied to compliance with 8 U.S.C. § 1373, it would be unconstitutional for Executive Branch agencies to withhold appropriated funds from plaintiffs Cities of Seattle and Portland pursuant to Section 9(a) of the Executive Order.

This Order and Judgment does not address whether any specific statutory grant program permits grants to be conditioned on compliance with 8 U.S.C. § 1373.

DATED this _____ day of October, 2018.

_____

The Honorable Richard A. Jones
United States District Judge

ORDER AND JUDGMENT - 2