# United States District Court
### WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| CITY OF SEATTLE and CITY OF PORTLAND,<br><br>        Plaintiffs,<br><br>    v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>        Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER:  C17-497 RAJ |

\_\_\_\_     **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

  **X**     **Decision by Court**.  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

    As set forth in the Court's Order and Judgment Granting Declaratory Relief of October 24, 2018, it is hereby

    ADJUDGED against defendants Jefferson B. Sessions, III, Attorney General, and Kirstjen M. Nielsen, Secretary of Homeland Security, that Section 9(a) of Executive Order 13,768, "Enhancing Public Safety in the Interior of the United States," is unconstitutional; and it is further

    ADJUDGED against the same defendants that, because Section 9(a) of Executive Order 13,768 directs Executive Branch administrative agencies to withhold funding that Congress has not tied to compliance with 8 U.S.C. § 1373, it would be unconstitutional for Executive Branch agencies to withhold appropriated funds from plaintiffs Cities of Seattle and Portland pursuant to Section 9(a) of the Executive Order.

    This Judgment does not address whether any specific statutory grant program permits grants to be conditioned on compliance with 8 U.S.C. § 1373.

DATED this 24th day of October, 2018.

                                WILLIAM M. McCOOL,
                                Clerk of the Court

                                By:  */s/ Victoria Ericksen*
                                          Deputy Clerk